# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JORY LEEDY, | : Case No. 3:25-cv-184 |
| Plaintiff, | : |
| vs. | : District Judge Thomas M. Rose |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| JOHN MCGWIRE, *et al.*, | : |
| Defendants. | : |

## ORDER STAYING CASE

Pursuant to Amended General Order 25-04, this matter, to include all deadlines currently at issue, is hereby **STAYED**. Such deadlines will be reestablished upon such time as the stay provisions of the **GENERAL ORDER** are lifted.

**IT IS SO ORDERED.**

November 7, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge