**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Jory Leedy,**

|  |  |  |
|---|---|---|
| | *Plaintiff*, | **Case No. 3:25-cv-184** |
| **v.** | | **District Judge Thomas M. Rose**<br>**Magistrate Judge Peter B. Silvain, Jr.** |

**John McGuire, et al.,**

 *Defendants.*

---

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 8), DENYING PLAINTIFF'S MOTION TO AMEND (DOC. 16) DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE AND TERMINATING CASE.**

---

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge. (Doc. 8.) The Magistrate Judge performed a review pursuant to 28 U.S.C. § 1915(e)(2)(B) & § 1915A(b) and concluded that the Complaint should be dismissed without prejudice for failure to state a claim, since, in order to prevail, he would need to prove facts at odds with the facts underlying his conviction. (Doc. 8, PageID 52.) Plaintiff objected (Doc. 15) and moved to amend his complaint. (Doc. 16).

The proposed amendment seeks to amend his request for relief from one seeking damages and "all other relief that is proper," ((Doc. 1, PageID 15), to one seeking damages and:

> For all other relief that is proper, <u>NOT TO INCLUDE</u> invalidation of Plaintiff's criminal conviction in matters explicitly de-linked from the allegations within the claims of this Complaint by the habeas court.

(Doc. 16, PageID 72.)

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendation (Doc. 8) in its entirety.

Despite Plaintiff's proposed disclaimer (Doc. 16, PageID 72), as the Magistrate Judge explained, Plaintiff cannot prevail on his claims without challenging the evidence produced against him at trial. (Doc. 8, PageID 52.) Thus, Plaintiff's Motion to Amend the Complaint (Doc. 16) is **DENIED**.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith. The captioned cause is hereby ordered **TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** this Thursday, June 04, 2026.

s/**THOMAS M. ROSE**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

–2–